UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00060 MWC (ADS)                    Date:  February 23, 2026
Title:  *Serhat Baran v. M. Bowen, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|    Kristee Hopkins    |    None Reported    |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):          Attorney(s) Present for Respondent(s):
None Present                                None Present

**Proceedings:      (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE RESPONSE TO PETITION**

Petitioner Serhat Baran, an immigration detainee proceeding pro se, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"). (Dkt. No. 1.)  This Court issued an Order Requiring Response to Petition.  (Dkt. No. 6.) The Court ordered Respondents to respond to the Petition by February 19, 2026.  (Id.) As of the date of this Order, Respondents have not filed a response to the Petition.

Respondents are **ORDERED TO SHOW CAUSE** why they have failed to file a response to the Petition **by no later than March 2, 2026**.

**IT IS SO ORDERED.**

Initials of Clerk kh