UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SERHAT BARAN,

                    Petitioner,

          v.

M. BOWEN, et al.,

                    Respondents.

Case No. 5:26-cv-00060 MWC (ADS)

ORDER TO SHOW CAUSE

The parties are ordered to show cause why preliminary relief should not be immediately converted to final judgment on the merits for the same reasons and on the same terms provided in the order granting preliminary relief.

The parties may discharge this Order to Show Cause by filing a stipulated proposed order and judgment consistent with the order granting preliminary relief. If a stipulated proposed order and judgment is filed by June 11, 2026, this Order shall be discharged. Nothing in such stipulated proposed order and judgment, once entered, should or will be deemed a waiver on appeal of the parties' existing documented

arguments in the case.

If no stipulated proposed order and judgment is filed, the parties are ordered to meet and confer and file a status report by no later than June 12, 2026, identifying the issues remaining to be determined by the Court and a proposed briefing schedule, if necessary.

IT IS SO ORDERED.

Dated:  June 4, 2026

_____/s/ Autumn D. Spaeth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge