JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERHAT BARAN,<br><br>         Petitioner,<br><br>         v.<br><br>M. BOWEN, et al.,<br><br>         Respondents. | Case No. 5:26-cv-00060 MWC (ADS)<br><br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is **GRANTED** consistent with the reasons and findings set forth in the Court's Orders granting preliminary relief (Dkt. # 15, 25, 33).

**IT IS SO ORDERED.**

Dated:  June 15, 2026

_____
HON. MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE